**Order issued September 11, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01027-CR

---

### ANGELA KAY TAYLOR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Chief Justice Wright and Justices Myers and Evans

Based on the Court's opinion of this date, we **GRANT** the February 20, 2014 motion of Riann C. Moore for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Riann C. Moore as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Angela Kay Taylor, Bookin No. 13029980, Dallas County Jail, West Tower-3MW13, P.O. Box 660334, Dallas, Texas, 75266-0334.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE